# Notification Files

ASSET SALES FILE EXTRACTS FOR X50S

| ACCTNUM | MKR_FN | MKR_LN | CMPNY_NAME |
|---|---|---|---|
| ████4828 | RHONDA | BALES | |

| MKR_TAXID | MKR_AD1 | MKR_AD2 | MKR_AD3 |
|---|---|---|---|
| xxxxx9554 | 542 JOHN DAVID DR | | |

| MKR_CITY | MKR_ST | MKR_ZIP | MKR_HP |
|---|---|---|---|
| FARMINGTON | MO | 63640-3004 | 5737476000 |

| MKR_WP | MKR_BARDATE | MKR_BKCHAP | MKR_CASENUM |
|---|---|---|---|
| 0000000000 | | 0 | |

| MKR_DISCHDTE | MKR_DISMSDTE | MKR_BKMEETDTE | MKR_BKCOURT |
|---|---|---|---|
| | 0 | 0 | 0 |

| MKR_BKFILEDT | ECOA | OPENDATE | CHGOFF_DATE |
|---|---|---|---|
| | 0 1 | 20101111 | 20121109 |

| RMSLASTPMT | LASTPMTAMT | BRANCH | DOFD | |
|---|---|---|---|---|
| 20120411 | 41.00 | CCVI | | 20120511 |

| CHGOFFCODE | LOSSAMT | CURBAL | RMSFILENUM |
|---|---|---|---|
| UNPY | | 1,286.61 | 1,286.61 | 68514561 |

| ACCTSTS | STSDESC | JDGDATE | OFF | CODE |
|---|---|---|---|---|
| S14 | Sold FF Fresh | | 0.00 | CCI207 |

| OFF_DESC | BCLE | BCLE_DESC | BUYERCODE |
|---|---|---|---|
| Care Credit Vision | 0181 | Retail Bank | X50S |

| INT_RATE | NET_COSTS | NET_INTEREST | NET_PRINCIPAL |
|---|---|---|---|
| | 26.99 | 0.00 | 366.61 | 920.00 |

| PRINC_LOSS | ASSOC_COSTS | ACCRD_INT | LASTPURCHDT |
|---|---|---|---|
| 920.00 | 0.00 | 366.61 | 20101114 |

| CMKR_FN | CMKR_LN | CMKR_TAXID | CMKR_ADDR1 |
|---|---|---|---|

| CMKR_ADDR2 | CMKR_CITY | CMKR_STATE | CMKR_ZIP |
|---|---|---|---|

CMKR_LIABLE               MKR_DOB
                                    19620515